| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| | |   | |
|---|---|---|---|
| JOEY THOMAS HOLT, | § | | |
| | § | | |
| Petitioner, | § | | |
| | § | | |
| versus | § | CIVIL ACTION NO. 1:18-CV-559 | |
| | § | | |
| M.K. LEWIS, | § | | |
| | § | | |
| Respondent. | § | | |

# MEMORANDUM ORDER ADOPTING
# THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Joey Thomas Holt, proceeding *pro se*, filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. The court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, for consideration pursuant to applicable laws and orders of this court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending the petition be dismissed.

The court has received the Report and Recommendation of United States Magistrate Judge, along with the record, pleadings, and all available evidence. No objections were filed.

## ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is **ADOPTED**. A final judgment shall be entered dismissing the petition.

SIGNED at Beaumont, Texas, this 24th day of January, 2019.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE